RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Derrick Vincent

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DERRICK VINCENT,<br><br>        Defendant. | Case No. 2:16-cr-00168-GMN-PAL<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Richard Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Derrick Vincent, that the Sentencing Hearing currently scheduled on January 10, 2019 at 10:00 a.m., be vacated and advanced to October 26, 2018, November 2, 2018 or another date and time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. This Court originally sentenced Mr. Vincent to serve a low-end sentence of 46 months imprisonment. *See* ECF No. 36. The Ninth Circuit Court of Appeals vacated his sentence and remanded to this Court for resentencing without the crime of violence

enhancement to his base offense level. ECF No. 47. Without the crime of violence enhancement, defense counsel believes Mr. Vincent's guideline range is 27-33 months. Mr. Vincent has already served approximately 27-months in custody to date. Defense counsel would like to request a time served sentence at the time of the resentencing hearing.

    2.    The defendant is incarcerated and does not object to the advancement.

    3.    The parties agree to the advancement.

This is the first stipulation to advance filed herein.

DATED this 12th day of October, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Richard Lopez*<br>By_____<br>RICHARD LOPEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DERRICK VINCENT,<br><br>    Defendant. | Case No. 2:16-cr-00168-GMN-PAL<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, January 10, 2019 at 10:00 a.m., be vacated and advanced to   November 1, 2018   at the hour of  8:00   a .m.

DATED this  17   day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE