# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DERRICK VINCENT,<br><br>    Defendant. | Case No.: 2:16-cr-00168-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 145) |

The instant case was opened on June 1, 2016, when an indictment was filed against Defendant Derrick Vincent. Docket No. 1. On January 13, 2021, Defendant filed an application to proceed *in forma pauperis*. Docket No. 145. Such application, however, is unnecessary in this case.

Accordingly, Defendant's application to proceed *in forma pauperis*, Docket No. 145, is **DENIED** as unnecessary.

IT IS SO ORDERED.

Dated: January 28, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE